UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANTE LORENZO NELSON,<br><br>Defendant. | CASE NO. CR98-268-MJP<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 10, 2006. The United States was represented by Matthew Thomas. The defendant was represented by Michele Shaw. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Conspiracy to Commit Bank Fraud on or about September 9, 2006. The Hon. Marsha J. Pechman of this court sentenced Defendant to thirty-seven (37) months custody, followed by five (5) years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

USPO Todd Sanders, present for Jonathan Ishii alleged that Defendant violated the

PROPOSED FINDINGS
PAGE -1-

conditions of supervised release in three respects:

(1) Possessing cocaine on or about January 26, 2006, in violation of the standard condition not to illegally possess a controlled substance;

(2) Committing assault on or about January 26, 2006, in violation of the standard condition to not commit another federal, state or local crime;

(3) Failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

At an initial hearing, I advised the defendant of these charges and of his constitutional rights. At today's hearing Defendant admitted the violations number one and three, waived any hearing as to whether it occurred, and the Government has agreed to dismiss violation number two, consented to having the matter set for a disposition hearing before the Hon. Marsha J. Pechman.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been released with supervision by electronic monitoring pending a final determination by the court.

DATED this 14th day of March, 2006.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         :   Hon. Marsha J. Pechman
    Assistant U.S. Attorney  :   Matthew Thomas
    Defense Attorney         :   Michele Shaw
    U. S. Probation Officer  :   Jonathan Ishii

PROPOSED FINDINGS
PAGE -2-